Christopher D. Sullivan, State Bar No. 148083
**DIAMOND MCCARTHY LLP**
150 California, Suite 2200
San Francisco, CA 94111
Telephone: (415) 692-5200
Facsimile: (415) 263-9200

Special Litigation Counsel for
Beverly N. McFarland, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | CASE NO. 14-25820-D-11 |
| INTERNATIONAL MANUFACTURING GROUP, INC., | Chapter 11 |
| Debtor. | DCN: DMC-15 |
| | **[NO HEARING NECESSARY]** |

## PROOF OF SERVICE

     I hereby declare under penalty of perjury pursuant to the laws of the State of California that I am a citizen of the United States, over the age of 18 years, and not a party to the within action. My business address is 150 California Street, Suite 2200, San Francisco, CA 94111. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service and for service via facsimile machine. On the date set forth below, I served the following:

**CHAPTER 11 TRUSTEE'S APPLICATION FOR ORDER OF EXAMINATION UNDER FEDERAL RULES OF BANKRUPTCY PROCEDRURE 2004 [JPMORGAN CHASE BANK, N.A.]**

**EXHIBIT TO CHAPTER 11 TRUSTEE'S APPLICATION FOR ORDER OF EXAMINATION UNDER FEDERAL RULES OF BANKRUPTCY PROCEDRURE 2004 [JPMORGAN CHASE BANK, N.A.]**

Proof of Service

-1-

1  X____ (BY ELECTRONIC MAIL) I caused such documents to be delivered by transmitted by electronic mail to the e-mail address shown below, each mailing address, and said transmission was completed.

Chapter 11 Trustee: beverlygroup@att.net
United States Trustee: ustpregion17.sc.ecf@usdoj.gov; Antonia.Darling@usdoj.gov; Judy.C.Hotze@usdoj.gov
United States Attorney: Michael.Beckwith@usdoj.gov; Kevin.Khasigian@usdoj.gov
Counsel for Secured Lender IMG Funding, LLC: debbie.blum@dlapiper.com; david.cheit@dlapiper.com; degan@wilkefleury.com
Special Litigation Counsel to Chp 11 Trustee: adiamond@diamondmccarthy.com; csullivan@diamondmccarthy.com
Chp 11 Trustee for related Debtor: hspacone@thg-sac.com
Counsel for Chp 11 Trustee for related Debtor: rcunningham@dnlc.net
Counsel for Community 1st Bank: dkraft@kraftopich.com
Counsel for Zion's First National Bank: margaret@parkinsonphinney.com; donna@parkinsonphinney.com
Counsel for General Electric entities: jdoolittle@reedsmith.com; rpelusi@reedsmith.com
Counsel for Ramona Dahnert: rwilson@kimballwilson.com
Counsel for Jack & Victoria Sweigart, et al: mgillis@mhksacto.com; dmeegan@mhksacto.com
Counsel for Douglas Bertsch: brian@katzbusinesslaw.com
Counsel for Diede Construction: john@hpllp.com
Counsel for group of creditors: hackard@hackardlaw.com
Counsel for Sammy Cemo, et al.: hnevins@hsmlaw.com; aavery@hsmlaw.com
Counsel for Official Committee of Unsecured Creditors: david@josephandcohen.com
Accountant for the Trustee: cpa711@sbcglobal.net

X____ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the U.S. mail at San Francisco, California.

*See Attached List*

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 25, 2015 at San Francisco, California.

                                           */s/ Michaela M. O'Rourke*
                                             Michaela M. O'Rourke

*In re International Marketing Group, Inc.*
**Case No. 14-25820**

International Manufacturing Group, Inc.
879 F Street, Suite 120-a
West Sacramento, CA 95605

Marc A. Caraska
555 University Ave, Ste 116
Sacramento, CA 95825

~~Beverly N. McFarland~~
~~Chapter 11 Trustee~~
~~P. O. Box 188~~
~~Rocklin, CA 95677~~
E-mail service only per Trustee's request 1/13/15

Michael Beckwith
Assistant United States Attorney
501 I Street, Suite 10100
Sacramento, CA 95814

Kevin Khasigian
Assistant United States Attorney
501 I Street, Suite 10100
Sacramento, CA 95814

Office of the Attorney General
1300 "I" Street
Sacramento, CA 95814-2919

Allan B. Diamond
Diamond McCarthy LLP
Two Houston Center
909 Fannin Street, 15th Floor
Houston, Texas 77010

Hank M. Spacone
PO Box 255264
Sacramento, CA 95864

J. Russell Cunningham
1830 15th Street
Sacramento, CA, 95811

Office of the United States Trustee
Attn: Antonia Darling and Judith C. Hotze
Attorney for the U.S. Trustee
501 I Street, Room 7-500
Sacramento, CA 95814

**20 Largest Creditors/Committee Members**

Jack Sweigart
c/o Ian W. Craig, Esq.
401 Watt Ave, Suite 2
Sacramento, CA 95864

Byron Younger
650 Mystic Lane
Sacramento, CA 95864

Ron Ashley
225 Highland Ave
San Rafael, CA 94901

Cemo Family Charitable Foundation
Attn: Sammy Cemo
950 Glenn Dr, Ste 250
Folsom, CA 95630

Larry Carter
401 Watt Ave
Sacramento, CA 95864

Steven Klein
1850 Mt Diablo Blvd #410
Walnut Creek, CA 94596

Jamestown S'Klallam Tribe
1033 Old Byn Hwy
Sequim, WA 98382

General Electric Capital Corp.
c/o CT Corporation
818 West Seventh St, 2nd Fl
Los Angeles, CA 90017

Sheila Angsenberger
1407 5th Ave
San Francisco, CA 94122-3865

FPI Management
Attn: James Treadaway
800 Iron Point Rd
Folsom, CA 95630

Diede Construction, Inc.
Attn: Steven L. Diede
12393 N Hwy 99 W Frontage Rd
Lodi, CA 95240

David L. Gordon
8860 Houndstooth Dt
Elk Grove, CA 95624-3141

Berle & Carol Crisp
6300 Rio Bonito Dr
Carmichael, CA 95608

Michael & Janine Jones
2820 Ivy Knoll Dr
Placerville, CA 95667

Gary Dix
30100 Town Center Dr, O-449
Laguna Niguel, CA 92677

Thomas Kim
1308 Greenborough Dr
Roseville, CA 95661

Dennis & Kathryn DeLucio
25790 Pacific Crest Dr
Mission Viejo, CA 92692

| | | |
|---|---|---|
| James Oates<br>7750 Sundance Trail<br>Paso Robles, CA  93446 | Martin Ryan<br>8860 Houndstooth Ct<br>Elk Grove, CA  95624 | Steve Whitesides<br>P.O. Box 413<br>Roseville, CA 95661 |
| **Additional Governmental Agencies** | Internal Revenue Service<br>Centralized Insolvency Operation<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | State of California EDD<br>Bankruptcy Special Procedures Group<br>P.O. Box 826880 MIC 92E<br>Sacramento, CA 94280-0001 |
| California State Board of Equalization<br>Account Information Group MIC 29<br>PO Box 942879<br>Sacramento, CA 94279-0029 | Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | |
| **Request for Special Notice** | Community 1st Bank<br>c/o Jeff T. Moore<br>649 Lincoln Way<br>Auburn, CA  95603 | Ramona Dahnert<br>c/o Robert M. Wilson<br>Kimball & Wilson LLP<br>3600 American River Dr, Ste 215<br>Sacramento, CA  95864 |
| Michael Hooper<br>1752 Park Place Dr<br>Carmichael, CA  95608 | Jamestown S'Klallam Tribe<br>c/o Shawn B. Rediger<br>Williams, Kastner & Gibbs, PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380 | Leilani and William Norton<br>2838 Barkley Road<br>Camino, CA  95709 |
| Sam and Kate Roth<br>30712 Hunt Club Drive<br>San Juan Capistrano, CA  92675 | George P. Wilbur<br>5478 Parkmor Road<br>Calabasas, CA  91302 | Dr. Richard Gere<br>5418 Raimer Way<br>Carmichael, CA 95608 |
| John V. Crisan<br>12 Brownsbury Road<br>Laguna Niguel, CA 92677 | Stephen F. Quist<br>4400 Capri Way<br>Sacramento, CA  95822 | Deana Frandsen<br>538 Hartnell Place<br>Sacramento, CA  95825 |
| Rebecca Bossart<br>11441 E Bella Vista Drive<br>Scottsdale, AZ 85259 | Katherine Ann Galli<br>2916 Terilyn Street<br>Sacramento, CA  95826 | D & T Holdings, LLC<br>c/o Geoff Houston<br>3758 Sarasona Way<br>Bonita, CA 91902-1040 |