1  THOMAS A. WILLOUGHBY, State Bar No. 137597
   JENNIFER E. NIEMANN, State Bar No. 142151
2  FELDERSTEIN FITZGERALD WILLOUGHBY &
   PASCUZZI LLP
3  400 Capitol Mall, Suite 1750
   Sacramento, CA  95814
4  Telephone: (916) 329-7400
   Facsimile: (916) 329-7435
5  e-mail: twilloughby@ffwplaw.com

6  Attorneys for the Chapter 11 Trustee,
   Beverly N. McFarland

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | CASE NO.: 14-25820-D-11 |
| INTERNATIONAL MANUFACTURING GROUP, INC., | Chapter 11 |
| | DCN:  FWP-25 |
| Debtor. | Date:       June 10, 2015<br>Time:       10:00 a.m.<br>Courtroom:  34<br>              501 I Street, 6th Floor<br>              Sacramento, CA |

**NOTICE OF HEARING ON MOTION OF FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP FOR FIRST INTERIM ALLOWANCE OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL FOR THE CHAPTER 11 TRUSTEE**

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Beverly N. McFarland, the duly appointed Chapter 11 Trustee (the "Trustee") in the above-referenced case has filed a Motion of Felderstein Fitzgerald Willoughby & Pascuzzi LLP for First Interim Allowance of Attorneys' Fees and Reimbursement of Expenses as Bankruptcy Counsel (the "Motion").  The Motion requests an order:

1. Approving as reasonable, on an interim basis, attorneys' fees in the sum of $540,916.00 and expenses in the sum of $33,234.24 for a total of $574,150.24, incurred by

Felderstein Fitzgerald Willoughby & Pascuzzi LLP during the period extending from June 25, 2014, through and including March 31, 2015, as fair, reasonable, and necessary to the estate;

  2. Authorizing the Trustee to pay Felderstein Fitzgerald Willoughby & Pascuzzi LLP 100% of the interim approved expenses ($33,234.24 plus costs of service to be submitted prior to the hearing) and 70% of the total interim approved fees ($378,641.20) for a total interim payment of $411,875.44 out of available cash in the estate; and

  3. For such other and further relief as the Court deems just.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

The Motion is filed pursuant to Local Rule of Practice 9014-1(f)(1). If you do not want the court to approve the Motion, or if you want the court to consider your views on the Motion, you or your attorney must:

  a. On or before fourteen (14) days prior to the hearing file with the court a written opposition complying with the requirements of Local Rule of Practice 9014-1 (f)(1)(ii), explaining your position, at 501 I Street, Suite 3-200, Sacramento, California, 95814. If you do not file a written opposition, the court may remove the matter from the calendar and rule on the Motion before the hearing. Simply appearing at the hearing is not sufficient to protect any rights you may have.

  b. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before fourteen (14) days prior to the hearing.

  c. You must also mail a copy to:

Thomas A. Willoughby, Attorney for the Trustee
Felderstein Fitzgerald Willoughby & Pascuzzi LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814

Office of the United States Trustee
501 I Street, Room 7-500
Sacramento, CA  95814

And any other party who has filed a request for special notice in this case.

  d. Attend the hearing scheduled on June 10, 2015, at 10:00 a.m., at the United States Bankruptcy Court, 501 I Street, Courtroom 34, Sacramento, California, 95814, before the Honorable Robert S. Bardwil, United States Bankruptcy Judge.

Case 14-25820    Filed 05/13/15    Doc 631

1   If you or your attorney do not take these steps, the court may decide that you do not

2   oppose the relief sought in the Motion and may enter an order granting the relief requested.

3   Dated: May 13, 2015

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP

By */s/ Thomas A. Willoughby*
     THOMAS A. WILLOUGHBY
     Attorneys for the Beverly N. McFarland,
     Chapter 11 Trustee