1 | THOMAS A. WILLOUGHBY, State Bar No. 137597
JENNIFER E. NIEMANN, State Bar No. 142151
2 | FELDERSTEIN FITZGERALD WILLOUGHBY &
PASCUZZI LLP
3 | 400 Capitol Mall, Suite 1750
Sacramento, CA  95814
4 | Telephone: (916) 329-7400
Facsimile: (916) 329-7435
5 | e-mail: twilloughby@ffwplaw.com

6 | Attorneys for the Chapter 11 Trustee,
Beverly N. McFarland

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

INTERNATIONAL MANUFACTURING GROUP, INC.,

Debtor.

CASE NO.: 14-25820-D-11

Chapter 11

DCN:  FWP-25

Date:         June 10, 2015
Time:        10:00 a.m.
Courtroom:  34
                   501 I Street, 6th Floor
                   Sacramento, CA

**DECLARATION OF THOMAS A. WILLOUGHBY IN SUPPORT OF MOTION OF FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP FOR FIRST INTERIM ALLOWANCE OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL FOR THE CHAPTER 11 TRUSTEE**

I, Thomas A. Willoughby, declare as follows:

1. I am an attorney at law, duly licensed to practice before the above-entitled court, and am a partner in the law firm of Felderstein Fitzgerald Willoughby & Pascuzzi LLP ("Counsel"). I have personal knowledge of the following facts and if called as a witness could competently testify thereto.

2. I have been a partner of Felderstein Fitzgerald Willoughby & Pascuzzi LLP since January 1, 1999. As such, I have personal knowledge of my firm's billing policies and practices. I have read the accompanying Motion of Felderstein Fitzgerald Willoughby & Pascuzzi LLP for First interim Allowance of Attorneys' Fees and for Reimbursement of Expenses, and to the best of my knowledge, all representations are true and correct.

3. During the period June 25, 2014, through and including March 31, 2015, (the "Motion Period"), Felderstein Fitzgerald Willoughby & Pascuzzi LLP billed the Debtor for legal services in the sum of $540,916.00. The services performed by Counsel during this case have been broken down into task billing categories. A list of the categories used for coding and the amounts calculated for each category during the Motion Period is as follows:

| CATEGORY | HOURS | FEES |
|---|---|---|
| Administrative Expense Motions | 16.7 | $6,676.50 |
| Asset Analysis & Recovery | 33.6 | $13,206.50 |
| Asset Disposition Motions | 234.4 | $94,703.00 |
| Attendance at 341 Meeting, Debtor's Conference | 9.9 | $4,470.50 |
| Business Operations | 17.5 | $7,469.00 |
| Case & Hearing Status Reports | 26.1 | $11,619.50 |
| Cash Collateral/Financing | 44.4 | $15,704.00 |
| Claims Administration & Analysis | 43.2 | $12,965.00 |
| Compromise/Settlement Motions | 42.3 | $16,878.50 |
| Creditors Committee Matters | 61.6 | $30,442.00 |
| FFWP Fee Applications | 3.3 | $1,453.50 |
| First Day Motions | 37.9 | $14,260.50 |
| Forfeiture Analysis | 13.5 | $6,682.50 |
| General Case Administration | 73.6 | $27,118.00 |
| General Litigation Issues (Pre-petition Cemo Litigation) | 3.5 | $1,413.50 |
| IMG Funding LLC Lien Disputes | 143.0 | $64,527.00 |
| Meetings & Communications with Creditors | 2.8 | $1,246.00 |
| Motion for Relief from Stay #1 (IMGF) | 23.3 | $9,203.50 |
| Motion for Relief from Stay #2 (Community First Bank) | 16.3 | $7,508.50 |
| Motion for Relief from Stay #3 (Zions First National Bank) | 1.9 | $650.50 |
| Non-Working Travel | 2.0 | $990.00 |
| Other Professional Fee Applications | 1.7 | $621.50 |
| Petition/Schedules/SOFA | 13.6 | $3,142.00 |
| Professional Employment Applications | 114.90 | $40,154.50 |
| Reporting (Including Monthly, Quarterly and | 2.2 | $969.00 |

| CATEGORY | HOURS | FEES |
|---|---|---|
| other Accounting Reports) | | |
| Review Case Issues, Initial Strategy, and First Day Motions | 26.6 | $13,167.00 |
| Special Counsel Coordination | 23.9 | $11,740.50 |
| Substantive Consolidation Analysis | 139.1 | $60,985.50 |
| Substantive Consolidation Litigation | 157.3 | $59,413.50 |
| Tax Matters | 3.1 | $1,534.50 |
| **Totals** | **1333.2** | **$540,916.00** |

4.   During the Motion Period, Felderstein Fitzgerald Willoughby & Pascuzzi LLP incurred actual and necessary expenses in the amount of $33,234.24 as follows:

| **Category** | **Total** |
|---|---|
| Court Filing Fees | $758.00 |
| Delivery/Messenger Services | $811.06 |
| Document Retrieval | $285.72 |
| Meals | $695.10 |
| Photocopies | $17,767.30 |
| Postage | $6,271.95 |
| Telephone | $586.83 |
| Telephonic Court Appearances | $78.20 |
| On-Line Legal Research | $2,578.14 |
| Other Expenses (Parking) | $22.00 |
| Outside Printing/Mailing Service | $2,610.67 |
| Travel Expenses | $623.27 |
| Transcripts | $146.00 |
| Total | $33,234.24 |

5.   A true and correct copy of Felderstein Fitzgerald Willoughby & Pascuzzi LLP's monthly statement for the period covered by this Motion is attached as Exhibit A, and is incorporated herein by reference. To the best of my knowledge, information, and belief, the time records referenced in the attached billing statement accurately represent the actual time spent by the various timekeepers in performing the described legal services in this case. Additionally, the

1  timekeepers expended approximately an additional 188 hours of services valued at $60,104.50,

2  which was either not billed or shown on the billing statement as "no charge".

3        6.      This is Counsel's first interim fee motion so no previous fee motions have been

4  filed.

5        7.      With respect to the Bankruptcy Rule 2016(a) requirements for attorney fee

6  applications, Felderstein Fitzgerald Willoughby & Pascuzzi LLP has not received any payments

7  to date in this case from any source.

8        8.      With respect to Bankruptcy Rule 2016(b), Felderstein Fitzgerald Willoughby &

9  Pascuzzi LLP has not entered into any agreement, express or implied, with any other party-in-

10  interest, including the Debtor, any creditors, or any representative of them, or with any attorney or

11  accountant for such party-in-interest for the purpose of fixing fees or other compensation to be

12  paid for services rendered or expenses incurred in connection with this case, and no agreement or

13  understanding exists between me and any other person for the sharing of the compensation to be

14  received for services rendered in, or in connection with, this case.

15        9.      I certify that Felderstein Fitzgerald Willoughby & Pascuzzi LLP has complied

16  with this Court's Guidelines for Compensation and Expense Reimbursement of Professionals and

17  Trustees ("Court Guidelines").  I certify that:  (a) I have read the Motion submitted herewith; (b)

18  to the best of my knowledge, information and belief, formed after reasonable inquiry, the

19  compensation and expense reimbursement sought is in conformity with the Court Guidelines,

20  except as specifically noted in the Motion; and (c) the compensation and expense reimbursement

21  requested are billed at rates, in accordance with practices, no less favorable than those

22  customarily employed by my firm and generally accepted by the my firm's clients.

23        I declare under penalty of perjury that the foregoing is true and correct.  Executed on

24  May 13, 2015, at Sacramento, California.

25

                                         */s/ Thomas A. Willoughby*

26                                           THOMAS A. WILLOUGHBY

27

28