THOMAS A. WILLOUGHBY, State Bar No. 137597
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD WILLOUGHBY &
PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
e-mail: twilloughby@ffwplaw.com

Attorneys for the Chapter 11 Trustee,
Beverly N. McFarland

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>INTERNATIONAL MANUFACTURING GROUP, INC.,<br><br>Debtor. | CASE NO.: 14-25820-D-11<br>Chapter 11<br>DCN:  FWP-26<br><br>Date:        June 10, 2015<br>Time:       10:00 a.m.<br>Courtroom: 34<br>                 501 I Street, 6th Floor<br>                 Sacramento, CA |

## PROOF OF SERVICE

I, Karen L. Widder, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 Capitol Mall, Suite #1750, Sacramento, California, 95814.  On May 13, 2015, I served the within documents:

**MOTION OF TERAOKA & PARTNERS LLP FOR FIRST INTERIM ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES OF AS SPECIAL COUNSEL FOR THE CHAPTER 11 TRUSTEE**

**DECLARATION OF THOMAS M. GOSSELIN IN SUPPORT OF MOTION OF TERAOKA & PARTNERS LLP FOR FIRST INTERIM ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES OF AS SPECIAL COUNSEL FOR THE CHAPTER 11 TRUSTEE**

**EXHIBIT TO MOTION OF TERAOKA & PARTNERS LLP FOR FIRST INTERIM ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES OF AS SPECIAL COUNSEL FOR THE CHAPTER 11 TRUSTEE**

**NOTICE OF HEARING ON MOTION OF TERAOKA & PARTNERS LLP FOR FIRST INTERIM ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES OF AS SPECIAL COUNSEL FOR THE CHAPTER 11 TRUSTEE**

☑      by transmitting electronically the listed document(s) to the email addresses set forth below on this date.

Chapter 11 Trustee: beverlygroup@att.net
United States Trustee: ustpregion17.sc.ecf@usdoj.gov; Antonia.Darling@usdoj.gov; Judy.C.Hotze@usdoj.gov
United States Attorney: Michael.Beckwith@usdoj.gov; Kevin.Khasigian@usdoj.gov
Counsel for Secured Lender IMG Funding, LLC: debbie.blum@dlapiper.com; david.cheit@dlapiper.com; degan@wilkefleury.com
Special Litigation Counsel to Chp 11 Trustee: adiamond@diamondmccarthy.com; csullivan@diamondmccarthy.com
Chp 11 Trustee for related Debtor: hspacone@thg-sac.com
Counsel for Chp 11 Trustee for related Debtor: rcunningham@dnlc.net
Counsel for Community 1st Bank: dkraft@kraftopich.com
Counsel for Zion's First National Bank: margaret@parkinsonphinney.com; donna@parkinsonphinney.com
Counsel for General Electric entities: jdoolittle@reedsmith.com; rpelusi@reedsmith.com
Counsel for Ramona Dahnert: rwilson@kimballwilson.com
Counsel for Jack & Victoria Sweigart, et al: mgillis@mhksacto.com; dmeegan@mhksacto.com
Counsel for Douglas Bertsch: brian@katzbusinesslaw.com
Counsel for Diede Construction: john@hpllp.com
Counsel for group of creditors: hackard@hackardlaw.com
Counsel for Sammy Cemo, et al.: hnevins@hsmlaw.com; aavery@hsmlaw.com
Counsel for Official Committee of Unsecured Creditors: david@josephandcohen.com
Accountant for the Trustee: cpa711@sbcglobal.net

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

///

///

///

///

///

I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2015, at Sacramento, California.

> */s/ Karen L. Widder*
> Karen L. Widder