10

MICHAEL GABRIELSON, CPA
GABRIELSON & COMPANY
1605 School Street
Moraga, CA 94556
Telephone:  (925) 899-5798
Facsimile:  (925) 631-1058
E-mail: cpa711@sbcglobal.net

Accountant to Chapter 11 Trustee
BEVERLY N. MCFARLAND

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | **Case No. 14-25820-D-11** |
| INTERNATIONAL MANUFACTURING GROUP, INC., | DC No.:  GC-1 |
| Debtor. | Chapter 11 |
| | Date:   June 10, 2015<br>Time:  10:00 a.m.<br>Place:  Department D<br>Honorable Robert S. Bardwil |

**MOTION OF GABRIELSON & COMPANY FOR FIRST INTERIM ALLOWANCE OF COMPENSATIONAND REIMBURSEMENT OF EXPENSES AS ACCOUNTANT FOR THE CHAPTER 11 TRUSTEE**

Gabrielson & Company ("Applicant") applies to the Court for an order allowing Gabrielson & Company first interim compensation for professional fees charged and expenses incurred during the period from June 26, 2014 through March 31, 2015.

1.   Gabrielson & Company was appointed as accountants in the above-captioned case per Application filed on July 2, 2014 and approved, by order of the Court, dated August 1, 2014.

2.   This application covers compensation for professional fees and expenses incurred from June 26, 2014 through March 31, 2015.  A detailed itemization of services rendered and time expended during this time period are attached as Exhibits 1 and 2.  Expenses incurred during this

SF:263457.1

period are set forth in Exhibit 3.  These exhibits are incorporated herein by reference as though fully set forth.

## I.  ACCOUNTING AND TAX SERVICES PROVIDED TO ESTATES

3.    Gabrielson & Company was engaged to provide the following accounting and tax services pursuant to the Application to Employ Accountant for Chapter 11 Trustee in connection with this bankruptcy case:

a.    Assist the Trustee in reviewing and evaluating the accounting and financial functions of Debtor's business interest(s), including monitoring operating cash flows, analysis of required monthly disbursements, preparation of daily, weekly and monthly cash flow reports, short-term and long-term operating budgets, as requested;

b.    Assist the Trustee with tax matters, including review and assistance with filing of all required federal, state and local payroll tax returns and deposits, sales tax returns and deposits, property tax returns and payments, income tax returns and estimated payments, evaluation and examination of pre-petition tax claims and communication with various federal and state tax authorities;

c.    Assist the Trustee and counsel, as requested, in the forensic examination of Debtor's banking and other financial records regarding receipts, disbursements and transfers involving investor and other funds over several years, including financial activities among multiple bank accounts of related businesses and other entities, as requested;

d.    Assist the Trustee in the preparation of all required financial and accounting reports to the Court and parties in interest, including monthly operating reports and support accounting analyses, and any required cash collateral financial and cash reporting;

e.    Assist the Trustee with preparation of other financial, accounting and tax analyses, as required, to assist in the administration of the bankruptcy case..

f.    Consult and advise the Trustee with respect to preparation of a plan of reorganization and any other tax and accounting matters the Trustee believes are relevant to the administration of these bankruptcy cases.

2

SF:263457.1

5.      The accounting and tax services provided during the period from June 26, 2014 through March 31, 2015 by Gabrielson & Company are divided into separate accounting and tax categories (A) through (J).  Following is a description of the accounting and tax services performed under each category, including a summary of time expended and fees incurred.  Exhibit 1 includes detail of time incurred in date order and Exhibit 2 separates the time and fees by specific accounting and tax category.

**(A)      Analyzed Historical Debtor Finances and Assisted Trustee at 341 Hearing**

Assisted trustee in reviewing historical financial and accounting background information regarding debtor business operations and fraudulent activities, timeline of investor loans involving debtor, including preparation of financial and accounting questions for 341 hearing and questioning debtor representative at the 341 hearing;

The professional time for services rendered under subparagraph (A) as referenced in Exhibits 1 and 2 (Code "A") can be summarized as follows:

| Professional | Position | Hours | Rate | Year | Total Fees |
|---|---|---|---|---|---|
| Michael Gabrielson | Principal | 23.2 | 325.00 | (2014) | $ 7,540.00 |
| Michael Gabrielson | Principal | 1.5 | 345.00 | (2015) | 517.50 |
| | | 24.7 | | | $ 8,057.50 |

**(B)      Preparation of Operating Budgets and Assistance with IMG Funding Settlement**

Prepared short term operating and cash flow projections required as part of continuing negotiations with IMG Funding, Inc. regarding continuing operations of the debtor business and prepared historical accounting and financial information for IMG Funding, including evaluation of various proposed financial settlements between the estates and IMG Funding re: held bank funds;

The professional time for services rendered under subparagraph (B) as referenced in Exhibits 1 and 2 (Code "B") can be summarized as follows:

3

| Professional | Position | Hours | Rate | Year | Total Fees |
|---|---|---|---|---|---|
| Michael Gabrielson | Principal | 35.0 | 325.00 | (2014) | $ 11,375.00 |
| Michael Gabrielson | Principal | 2.1 | 345.00 | (2015) | 724.50 |
| | | 37.1 | | | $ 12,099.50 |

**(C)**     **Assisted Trustee with Financial Presentations to Official Creditors Committee**

Prepared financial summaries and reports to provide requested operating and financial information to the official creditor's committee, including status report meetings with the trustee, counsel and official creditor's committee;

The professional time for services rendered under subparagraph (C) as referenced in Exhibits 1 and 2 (Code "C") can be summarized as follows:

| Professional | Position | Hours | Rate | Year | Total Fees |
|---|---|---|---|---|---|
| Michael Gabrielson | Principal | 20.4 | 325.00 | (2014) | $ 6,630.00 |
| | | 20.4 | | | $ 6,630.00 |

**(D)**     **Researched Accounting and Tax Issues regarding Substantive Consolidation**

Researched and communicated with counsel and trustee regarding tax and legal resources in examination of the tax implication of substantive consolidation involving various business entities and entity types, including nature and control of electing and terminating S Corporation status;

The professional time for services rendered under subparagraph (D) as referenced in Exhibits 1 and 2 (Code "D") can be summarized as follows:

| Professional | Position | Hours | Rate | Year | Total Fees |
|---|---|---|---|---|---|
| Michael Gabrielson | Principal | 22.0 | 325.00 | (2014) | $ 7,150.00 |
| Michael Gabrielson | Principal | 3.7 | 345.00 | (2015) | 1,276.50 |
| | | 25.7 | | | $ 8,426.50 |

SF:263457.1

**(E)**     <u>**Assisted Trustee in Financial Management of Debtor Business Operations**</u>

Assisted trustee in reviewing daily, weekly and monthly financial and accounting information involving the continuing operation of debtor's dental and tattoo supply businesses, including evaluation and control of minimal cash resources at the onset of the bankruptcy case resulting from prior business stoppage and negative publicity involving criminal allegations, confirming and reviewing weekly vendor payments and required pre payments for foreign shipments of products, communication with bookkeeper regarding accounting treatment of various items and needed financial reports in support of monthly and other requested financial reporting, and meetings with parties-in-interest;

The professional time for services rendered under subparagraph (E) as referenced in Exhibits 1 and 2 (Code "E") can be summarized as follows:

| Professional | Position | Hours | Rate | Year | Total Fees |
|---|---|---|---|---|---|
| Michael Gabrielson | Principal | 68.4 | 325.00 | (2014) | $ 22,230.00 |
| Michael Gabrielson | Principal | <u>22.1</u> | 345.00 | (2015) | <u>7,624.50</u> |
| | | <u>90.5</u> | | | $ <u>29,854.50</u> |

**(F)**     <u>**Preparation of Monthly Operating Reports**</u>

Prepared eight monthly operating reports for the months of June, 2014 through February, 2015, including review of monthly financial statements and preparation of needed monthly accounting adjustments, construction of June financials from fraudulent historical financials and bankruptcy schedules with numerous financial errors and omissions;

The professional time for services rendered under subparagraph (F) as referenced in Exhibits 1 and 2 (Code "F") can be summarized as follows:

| Professional | Position | Hours | Rate | Year | Total Fees |
|---|---|---|---|---|---|
| Michael Gabrielson | Principal | 57.7 | 325.00 | (2014) | $ 18,752.50 |
| Michael Gabrielson | Principal | <u>36.4</u> | 345.00 | (2015) | <u>12,588.00</u> |
| | | <u>94.1</u> | | | $ <u>31,310.50</u> |

SF:263457.1

**(G)    Prepared Bi-Weekly Payroll and Payroll Taxes for Business Operations**

Reviewed bi-weekly payroll and communicated with Paychex to prepare payroll and tax reporting for seven months, including review and reconciliation of hours worked and overtime, and review of quarterly and annual payroll tax reporting and Forms W-2 to insure proper payment of all payroll tax liabilities;

The professional time for services rendered under subparagraph (G) as referenced in Exhibits 1 and 2 (Code "G") can be summarized as follows:

| Professional | Position | Hours | Rate | Year | Total Fees |
|---|---|---|---|---|---|
| Michael Gabrielson | Principal | 6.4 | 325.00 | (2014) | $ 2,080.00 |
| Michael Gabrielson | Principal | 10.1 | 345.00 | (2015) | 3,484.50 |
| | | 16.5 | | | $ 5,564.50 |

**(H)    Prepared Quarterly Sales Tax Returns**

Reviewed monthly sales tax reporting, prepared monthly sales tax pre-payments, and quarterly sales tax returns, including determination of final sales taxes with sale of business assets to new buyer in March, 2015 and closeout of sales tax certificate;

The professional time for services rendered under subparagraph (H) as referenced in Exhibits 1 and 2 (Code "H") can be summarized as follows:

| Professional | Position | Hours | Rate | Year | Total Fees |
|---|---|---|---|---|---|
| Michael Gabrielson | Principal | 3.9 | 325.00 | (2014) | $ 1,267.50 |
| Michael Gabrielson | Principal | 7.2 | 345.00 | (2015) | 2,484.00 |
| | | 11.1 | | | $ 3,751.50 |

**(I)    Researched Historical Debtor and Related Entity Income Tax and Returns**

Reviewed historical income tax filings for the debtor and related entities, including analysis of income and loss pass through items to the debtor principal shareholder to identify losses offsetting fraudulent debtor taxable income as part of ponzi scheme perpetrated by

6

debtor's principal shareholder. Analyzed remaining tax basis for 879 F Street real property to determine potential gain and related LLC fees from sale of the property. Communication and meetings with the trustee, DW trustee and DW trustee's tax accountant regarding separate tax treatment of debtor and individual estate's and impact of potential future transactions;

The professional time for services rendered under subparagraph (I) as referenced in Exhibits 1 and 2 (Code "I") can be summarized as follows:

| Professional | Position | Hours | Rate | Year | Total Fees |
|---|---|---|---|---|---|
| Michael Gabrielson | Principal | 25.5 | 325.00 | (2014) | $ 8,287.50 |
| | | 25.5 | | | $ 8,287.50 |

**(J)** **Preparation of Debtor and Related Entity Amended and Current Tax Filings**

Prepared amended December 31, 2009 federal and California debtor S Corporation income tax returns to file protective claim for potential state tax refunds resulting from removal of fraudulently included taxable income items and inclusion of liabilities for investor loans taken and not repaid. Began preparation of amended December 31, 2010, 2011 and 2012 federal and California debtor S Corporation tax returns. Preparation of 2014 federal tax filing extensions for debtor and twelve related entities included in substantive consolidation and preparation of related 2015 estimated tax payments;

The professional time for services rendered under subparagraph (J) as referenced in Exhibits 1 and 2 (Code "J") can be summarized as follows:

| Professional | Position | Hours | Rate | Year | Total Fees |
|---|---|---|---|---|---|
| Michael Gabrielson | Principal | 22.1 | 325.00 | (2014) | $ 7,182.50 |
| Michael Gabrielson | Principal | 20.2 | 345.00 | (2015) | 6,969.00 |
| | | 42.3 | | | $ 14,151.50 |

7

**(K)**    **Assisted with Accounting Related to Ponzi Scheme and Impact on Tax Filings**

Meetings with the trustee, counsel and representatives of the federal government to discuss and identify work performed and records held by the federal government regarding the ponzi scheme perpetrated by debtor principal shareholder.  Began reconstruction of detailed banking activity between numerous debtor and related party entities from 2009 through 2014 to identify the nature and balance of investor loan receipts and disbursements as they impact on historical tax return filings from 2009 onward.  Prepared accounting information from debtor's computer system requested by counsel detailing fraudulent income and expense entries which resulted in the substantial overstatement of operating sales and profits on debtor's financials and tax filings;

The professional time for services rendered under subparagraph (K) as referenced in Exhibits 1 and 2 (Code "K") can be summarized as follows:

| Professional | Position | Hours | Rate | Year | Total Fees |
|---|---|---|---|---|---|
| Michael Gabrielson | Principal | 73.5 | 325.00 | (2014) | $ 23,887.50 |
| Michael Gabrielson | Principal | 0.2 | 345.00 | (2015) | 69.00 |
| | | 73.7 | | | $ 23,956.50 |

**(L)**    **Accounting and Tax Support for Sale and Transition of Business Assets**

Prepared various historical and post-petition financial and accounting reports and detail schedules for prospective buyers of debtor's dental and tattoo supply business assets, including numerous meetings with prospective buyers to discuss debtor historical and current operating performance, detail regarding evaluation of inventory components and receivables, and assisted trustee in prospective buyers on accounting and tax considerations for transition of debtor business operations.  Provided requested financial and tax information for sale of 879 F Street real property to prospective buyers, and assisted trustee with tax certification regarding state tax withholding requirements involving the sale of real property;

SF:263457.1

The professional time for services rendered under subparagraph (L) as referenced in Exhibits 1 and 2 (Code "L") can be summarized as follows:

| Professional | Position | Hours | Rate | Year | Total Fees |
|---|---|---|---|---|---|
| Michael Gabrielson | Principal | 41.0 | 325.00 | (2014) | $ 13,325.00 |
| Michael Gabrielson | Principal | 25.2 | 345.00 | (2015) | 8,694.00 |
| | | 66.2 | | | $ 22,019.00 |

**(M)**    **Administrative Functions**

Prepared employment application, accountant's declaration and related documents for trustee and counsel review and use, and began preparation this first interim fee application, including detailed description of tax and accounting services performed;

The professional time for services rendered under subparagraph (M) as referenced in Exhibits 1 and 2 (Code "M") can be summarized as follows:

| Professional | Position | Hours | Rate | Year | Total Fees |
|---|---|---|---|---|---|
| Michael Gabrielson | Principal | 3.7 | 345.00 | (2015) | $ 1,276.50 |
| | | 3.7 | | | $ 1,276.50 |

REQUEST FOR COMPENSATION AND REIMBURSEMENT

4.   In the course of representing the Estate in the areas noted, Gabrielson & Company has devoted a total of 531.5 hours from June 24, 2014 through March 31, 2015 in performance of professional accounting and tax services, as more fully described in Exhibit 1. A total of 3.7 hours of this time relates to beginning preparation of this first interim fee application. The professional time reflected in Exhibit 1 can be summarized as follows:

| Professional | Position | Hours | Rate | Year | Total Fees |
|---|---|---|---|---|---|
| Michael Gabrielson | Principal | 399.1 | 325.00 | (2014) | $ 129,707.50 |
| Michael Gabrielson | Principal | 132.4 | 345.00 | (2015) | 45,678.00 |
| | | 531.5 | | | $ 175,385.50 |

9

5.   In view of the time expended, the responsibilities assumed, and the skill Applicant possesses in matters of this nature, Gabrielson & Company respectfully submits that the reasonable value of the accounting and tax services rendered from June 24, 2014 through March 31, 2015 is $175,385.50.

6.   Gabrielson & Company has also incurred $4,250.64 of out-of-pocket expenses during this time period as an advancement of costs on behalf of the Estate, as follows:

| | |
|---|---|
| Copies  (2,783 pages @ $0.20 per page) | $   556.60 |
| Mileage Charges | 3,407.04 |
| Toll Charges | 195.00 |
| Parking Charges | 92.00 |
| Total Charges | $ 4,250.64 |

7.   WHEREFORE, Gabrielson & Company respectfully requests that this Court enter an order allowing Gabrielson & Company compensation of $175,385.50 for professional fees incurred and reimbursement of $4,250.64 for expenses incurred during the period June 24, 2014 through March 31, 2015.

8.   U.S. Trustee Guideline 2.2.2 - During preparation and finalization of this Application, the Trustee has been out of the office and unavailable to review the final billing statements and Application.  Prior to the hearing on this Application, a statement shall be filed detailing the Trustee's position on this Application and the proposed billings, which will indicate any objections the Trustee may have to the relief requested therein.


I declare under penalty of perjury that the above is true and correct.


Dated:  May 12, 2015                                    GABRIELSON & COMPANY


                                                   \s\  Michael R. Gabrielson
                                                 MICHAEL R. GABRIELSON

SF:263457.1