THOMAS A. WILLOUGHBY, State Bar No. 137597
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD WILLOUGHBY &
PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
e-mail: twilloughby@ffwplaw.com

Attorneys for the Chapter 11 Trustee,
Beverly N. McFarland

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>INTERNATIONAL<br>MANUFACTURING GROUP, INC.,<br><br>Debtor. | CASE NO.: 14-25820-D-11<br><br>Chapter 11<br><br>DCN: FWP-25<br><br>Date:　　　　June 10, 2015<br>Time:　　　　10:00 a.m.<br>Courtroom:　34<br>　　　　　　　501 I Street, 6th Floor<br>　　　　　　　Sacramento, CA |

**ORDER APPROVING MOTION OF FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP FOR FIRST INTERIM ALLOWANCE OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL FOR THE CHAPTER 11 TRUSTEE**

The motion of Felderstein Fitzgerald Willoughby & Pascuzzi LLP ("FFWP") for First Interim Allowance of Attorneys' Fees and Reimbursement of Expenses as Bankruptcy Counsel for the Chapter 11 Trustee (the "Motion"), came on for hearing on June 10, 2015, at 10:00 a.m., in Courtroom 34 of the United States Bankruptcy Court for the Eastern District of California. The appearances were noted on the record. All capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

Prior to the Hearing, the Court posted its tentative ruling on the Application (the "Tentative Ruling"). At the Hearing, the Court adopted the Tentative Ruling as its final ruling on the Application for interim allowance and payment purposes. The Court has considered the

RECEIVED
June 10, 2015
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005544964

Motion and the matters reflected in the record of the hearing held on the Motion on June 10, 2015. The findings of fact and conclusions of law were stated orally on the record, and for good cause showing:

Accordingly, it is hereby ORDERED as follows:

1. The Motion is granted on the terms and condition set forth below.

2. For the reasons stated in the Tentative Ruling, FFWP is awarded, on an interim basis, an amount equal to 70% of its fee request of $540,916.00, i.e., $378,641.20, plus an amount equal to 100% of its expense request, i.e., $36,021.18, for a total of $414,662.38 (the "Interim Award").

3. The Trustee is authorized to make an interim payment(s) on account of the Interim Award in the exercise of her discretion, in light of the funds available.

Dated: June 11, 2015

*Robert S. Bardwil*
Robert S. Bardwil, Judge
United States Bankruptcy Court