1  THOMAS A. WILLOUGHBY, State Bar No. 137597
   JENNIFER E. NIEMANN, State Bar No. 142151
2  FELDERSTEIN FITZGERALD WILLOUGHBY &
   PASCUZZI LLP
3  400 Capitol Mall, Suite 1750
   Sacramento, CA  95814
4  Telephone: (916) 329-7400
   Facsimile: (916) 329-7435
5  e-mail: twilloughby@ffwplaw.com

6  Attorneys for the Chapter 11 Trustee,
   Beverly N. McFarland
7

8              UNITED STATES BANKRUPTCY COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                  SACRAMENTO DIVISION

11 In re:                          CASE NO.: 14-25820-D-11

12 INTERNATIONAL                   Chapter 11
   MANUFACTURING GROUP, INC.,
13                                 DCN:  FWP-26
           Debtor.
14                                 Date:      June 10, 2015
                                   Time:      10:00 a.m.
15                                 Courtroom: 34
                                              501 I Street, 6th Floor
16                                            Sacramento, CA

17 **ORDER APPROVING MOTION OF TERAOKA & PARTNERS LLP FOR FIRST
   INTERIM ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES
18         AS SPECIAL COUNSEL FOR THE CHAPTER 11 TRUSTEE**

19     The motion of Teraoka & Partners LLP for First Interim Allowance of Fees and
20 Reimbursement of Expenses as Special Counsel for the Chapter 11 Trustee (the "Motion"),
21 came on for hearing on June 10, 2015, at 10:00 a.m., in Courtroom 34 of the United States
22 Bankruptcy Court for the Eastern District of California.  The Trustee appeared through her
23 counsel, Thomas A. Willoughby.  Other appearances were noted on the record.  All capitalized
24 terms used but not defined herein shall have the meanings given to them in the Motion.
25     Prior to the Hearing, the Court posted its tentative ruling on the Application (the
26 "Tentative Ruling").  At the Hearing, the Court adopted the Tentative Ruling as its final ruling
27 on the Application for interim allowance and payment purposes.  The Court has considered the
28 Motion and the matters reflected in the record of the hearing held on the Motion on June 10,

-1-                                 Order Approving First Interim
                                    Fee Application of Teraoka & Partners

RECEIVED
June 10, 2015
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005544972

2015. The findings of fact and conclusions of law were stated orally on the record, and for good cause showing:

Accordingly, it is hereby ORDERED as follows:

1. The Motion is granted on the terms and condition set forth below.

2. For the reasons stated in the Tentative Ruling, Teraoka & Partners LLP is awarded, on an interim basis, an amount equal to 70% of its fee request of $17,767.50, i.e., $12,437.25, plus an amount equal to 100% of its expense request, i.e., $133.28, for a total of $12,570.53 (the "Interim Award").

3. The Trustee is authorized to make an interim payment(s) on account of the Interim Award in the exercise of her discretion, in light of the funds available.

Dated: June 11, 2015

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court